# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| RUBEN GARCIA MEMIJE,           ) | |
|                    Petitioner,    ) | |
| v.                                                     ) | Case No. CIV-25-1287-G |
| SCARLET GRANT, et al.,                ) | |
|                    Respondents.   ) | |

## ORDER

On November 19, 2025, at 10:11 a.m., Respondents[1] filed a notice advising:

> In the *Matter of Ruben Garcia-Memije*, A206-353-463, the Board of Immigration Appeals (BIA) has dismissed Petitioner Ruben Garcia Memije's appeal of the removal proceedings. The BIA has ordered him removed from the United States to Mexico. DHS/ICE intends to remove Petitioner after at least seventy-two (72) hours have passed from the filing of this notice.

(Doc. 10, at 1). **Petitioner is DIRECTED to file a notice to this Court on or before 5:00 p.m. on November 20, 2025, advising what effect, if any, Respondents' notice has on the instant matter.**

IT IS SO ORDERED this 19th day of November, 2025.

*Amanda L. Maxfield*
AMANDA L. MAXFIELD
UNITED STATES MAGISTRATE JUDGE

---

[1] Respondent Scarlet Grant did not participate in filing the notice. (Doc. 10, at 1).